# IN THE SUPREME COURT OF THE STATE OF NEVADA

BLUE LAKE HOLDINGS GROUP, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KATHLEEN E. DELANEY, DISTRICT
JUDGE,
Respondents,
  and
ROBERT FRIMET; RMF CONSULTING
GROUP, INC.; METASPOT, INC.;
NEWCO CHECK INC.; AND
ADVANTAGE CHECK CASHING LLC,
Real Parties in Interest.

No. 83109

FILED

OCT 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER GRANTING PETITION

This original petition seeks a writ of mandamus compelling the district court to rule on a bench trial. Real parties in interest have filed an answer joining in the request for writ relief, and petitioner has filed a reply.

This court has original jurisdiction to issue writs of mandamus, and the issuance of such extraordinary relief is solely within this court's discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). "A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station or to control an arbitrary or capricious exercise of discretion." *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). The petitioner bears the burden to show that extraordinary relief is warranted, and such relief is proper only when there is no plain, speedy,

21-30470

and adequate remedy at law. *See Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004).

Having considered the petition, we are persuaded that our extraordinary intervention is warranted. Petitioner lacks a plain, speedy, and adequate remedy because it cannot appeal due to the absence of a ruling by the district court. Further, writ relief is warranted given the district court's failure to timely issue a ruling, an act required as a duty of the court. Accordingly, we

ORDER the petition GRANTED AND DIRECT THE CLERK OF THIS COURT TO ISSUE A WRIT OF MANDAMUS instructing the district court to issue a written ruling regarding the bench trial within 30 days of this order.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                                        Stiglich

cc:    Hon. Kathleen E. Delaney, District Judge
       Law Offices of Mark Wray
       HLC Legal Ltd.
       Leah Martin Law
       Eighth District Court Clerk